# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

ROSE MARIE MONICA PHILLIP, M.D., ET AL.,

Defendant(s)
Respondent(s)

INDEX #:
16-CV-4412 FB-SMG
DATE FILED:
08/09/2016

ATTORNEY FILE#:
005100-02022

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

STEFPHANIE CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/17/2016, 02:13PM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET on JAMAICA MEDICAL ONE PLLC S/H/A JAMAICA MEDICAL ONE, PLLC, a defendant in the above action.

2 copies of the above described papers were served by deponent upon SUE ZOUKY, along with the $40.00 required fee, pursuant to section 303 of the LLCL. SUE ZOUKY is both employed in the office of, as well as being authorized to accept service of process on behalf of, the NEW YORK Secretary of State.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 54   Approximate height 5'03"   Approximate weight 128   Color of skin WHITE   Color of hair BROWN

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

*Stefphanie Corleone*
STEFPHANIE CORLEONE

Sworn to before me on 08/18/2016
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017