UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,   Docket No.:1:16-cv-4412 (FB)(SMG)

                Plaintiffs,

        -against-


ROSE MARIE MONICA PHILLIP, M.D.,
VARUZHAN DOVLATYAN, M.D., ARISDOV
MEDICAL, P.C., HARMONY ANESTHESIOLOGY,
P.C., MEDICAL ONE NEW YORK, P.C., PARK
SLOPE MEDICAL ONE, P.C., PARK SLOPE
MEDICAL ONE COMPLETE SERVICES, P.C.,
JAMAICA MEDICAL ONE, PLLC, and JOHN DOE
DEFENDANTS 1-10,

                Defendants.

------------------------------------------------------------------X

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting default judgments against Defendants Rose Marie Monica Phillip, M.D., Varuzhan Dovlatyan, M.D., Arisdov Medical, P.C., Harmony Anesthesiology, P.C., Medical One New York, P.C., Park Slope Medical One, P.C., Park Slope Medical One Complete Services, P.C., Jamaica Medical One, PLLC, (collectively "Defaulting Defendants").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within 14 days of service of these motion papers.

Uniondale, New York
September 21, 2016

>Respectfully submitted,
>
>RIVKIN RADLER LLP
>
>By: _____
>Barry I. Levy, Esq.
>Max S. Gershenoff, Esq.
>Ryan Goldberg, Esq.
>926 RXR Plaza
>Uniondale, New York 11556-0926
>RR File: 5100-103
>Telephone: (516) 357-3000
>Facsimile: (516) 357-3333
>
>*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

3502241v1