# EXHIBIT "C"

GEICO v. Phillip, M.D., et al.
16-CV-4412 (FB)(SMG)
Exhibit "C" to Declaration of Ryan Goldberg

| JAMAICA MEDICAL ONE | | | | |
|---|---|---|---|---|
| Billing Year | 2014 | 2015 | 2016 | Total |
| Amount Paid | $21,499.19 | $46,487.54 | $0.00 | $67,986.73 |
| Interest Multiplier | 0.09 | 0.09 | 0.09 | |
| Time Multiplier | 2.75 | 1.75 | 0.75 | |
| Interest | $5,321.05 | $7,321.79 | $0.00 | **$12,642.84** |

Case 1:16-cv-04412-FB-SMG   Document 32-5   Filed 09/29/16   Page 3 of 6 PageID #: 938

GEICO v. Phillip, M.D., et al.
16-CV-4412 (FB)(SMG)
Exhibit "C" to Declaration of Ryan Goldberg

| PARK SLOPE MEDICAL ONE COMPLETE | | | | | |
|---|---|---|---|---|---|
| Billing Year | 2013 | 2014 | 2015 | 2016 | Total |
| | | | | | |
| Amount Paid | $536.54 | $3,589.54 | $0.00 | $0.00 | $4,126.08 |
| | | | | | |
| | | | | | |
| | | | | | |
| Interest Multiplier | 0.09 | 0.09 | 0.09 | 0.09 | |
| Time Multiplier | 3.75 | 2.75 | 1.75 | 0.75 | |
| | | | | | |
| Interest | $181.08 | $888.41 | $0.00 | $0.00 | **$1,069.49** |

GEICO v. Phillip, M.D., et al.
16-CV-4412 (FB)(SMG)
Exhibit "C" to Declaration of Ryan Goldberg

| ARISDOV MEDICAL | | | | | |
|---|---|---|---|---|---|
| Billing Year | 2013 | 2014 | 2015 | 2016 | Total |
| | | | | | |
| Amount Paid | $17,021.94 | $7,716.45 | $6,746.19 | $743.35 | $32,227.93 |
| | | | | | |
| | | | | | |
| Interest Multiplier | 0.09 | 0.09 | 0.09 | 0.09 | |
| Time Multiplier | 3.75 | 2.75 | 1.75 | 0.75 | |
| | | | | | |
| Interest | $5,744.90 | $1,909.82 | $1,062.52 | $50.18 | **$8,767.43** |

Case 1:16-cv-04412-FB-SMG   Document 32-5   Filed 09/29/16   Page 5 of 6 PageID #: 940

GEICO v. Phillip, M.D., et al.
16-CV-4412 (FB)(SMG)
Exhibit "C" to Declaration of Ryan Goldberg

| Harmony Anesthesiology | | | | | |
|---|---|---|---|---|---|
| Billing Year | 2013 | 2014 | 2015 | 2016 | Total |
| | | | | | |
| Amount Paid | $3,929.95 | $891.33 | $2,673.95 | $432.16 | $7,927.39 |
| | | | | | |
| | | | | | |
| | | | | | |
| Interest Multiplier | 0.09 | 0.09 | 0.09 | 0.09 | |
| Time Multiplier | 3.75 | 2.75 | 1.75 | 0.75 | |
| | | | | | |
| Interest | $1,326.36 | $220.60 | $421.15 | $29.17 | **$1,997.28** |

GEICO v. Phillip, M.D., et al.
16-CV-4412 (FB)(SMG)
Exhibit "C" to Declaration of Ryan Goldberg

| Medical One New York PC | | | | |
|---|---|---|---|---|
| Billing Year | 2014 | 2015 | 2016 | Total |
| | | | | |
| Amount Paid | $3,737.85 | $10,372.97 | $0.00 | $14,110.82 |
| | | | | |
| | | | | |
| | | | | |
| Interest Multiplier | 0.09 | 0.09 | 0.09 | |
| Time Multiplier | 2.75 | 1.75 | 0.75 | |
| | | | | |
| Interest | $925.12 | $1,633.74 | $0.00 | **$2,558.86** |